IRVING TRUST COMPANY (formerly IRVING BANK-COLUMBIA TRUST COMPANY), as Trustee, Respondent, v. VIOLET E. FERNANDEZ, Appellant, et al., Defendants.— No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ. [180 Misc. 373.]

IRVING TRUST COMPANY (formerly IRVING BANK AND TRUST COMPANY), as Trustee, Respondent, v. VIOLET E. FERNANDEZ, Appellant, et al., Defendants.— No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ. [180 Misc. 373.]

In the Matter of the Accounting of NELLIE FUS, as Administratrix of the Estate of MARY BARC, Deceased. NELLIE FUS, Guardian of THERESA HUFFMAN, an Infant, and as Administratrix of the Estate of MARY BARC, Deceased, et al., Appellants; CONSUL GENERAL OF THE REPUBLIC OF POLAND, Acting on Behalf of LEONARD BARC, Respondent.— No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.